UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARYN ASHER,

Plaintiff,

v.

Case No. 26-11820
Honorable Linda V. Parker

FOX TELEVISION STATIONS, LLC, et al.,

Defendant.
_______________________________________/

**ORDER STRIKING STIPULATION**

On September 14, 2026, Defense counsel filed a Stipulated Order to Dismiss Count V of the First Amended Complaint [ECF No. 17]. Pursuant to E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulation and Order of Dismissal [ECF No. 17] is **STRICKEN**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 17, 2026